

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 4816 | **DATE** | 11/25/2002 |
| **CASE TITLE** | Ezzat Slaieh et al. Vs. Illinois Central RR et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at_____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. The motion for reconsideration is denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| | Notices mailed by judge's staff. | |
| | Notified counsel by telephone. | NOV 2 6 2002 date docketed |
| ✓ | Docketing to mail notices. | |
| | Mail AO 450 form. | docketing deputy initials |
| | Copy to judge/magistrate judge. | |
| | | date mailed notice |
| WAH | courtroom deputy's initials | Date/time received in central Clerk's Office / mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EZZAT SLAIEH, NADIA SLAIEH. )
natural parents and next friends of )
SHADIA SLAIEH, a minor, )
)
Plaintiffs, )
)
vs. ) No. 02 C 4816
)
ILLINOIS CENTRAL RAILROAD, et al., )
)
Defendants. )

DOCKETED
NOV 2 6 2002

## MEMORANDUM OPINION AND ORDER

Plaintiffs move to reconsider the order of dismissal of the Illinois Central Railroad Co. and Amtrak, contending that they timely asserted their rights in the wrong forum because they filed in Mississippi within three years of the accident and Mississippi has a three-year statute. But the "timely" refers to a filing here, the proper forum, and the filing in Mississippi was after the statute had run in Illinois.

When a case is transferred to Illinois because of improper venue, we apply Illinois choice of law rules, which means we apply the Illinois limitations statue. Were it otherwise, a plaintiff who should have sued here but failed to do so before the statute ran could select another but unrelated forum with a longer limitations period, as here, to in effect revive an expired claim. See Koutsoubos v. Casanave, 816 F.Supp. 472, 475, fn.5 (N.D. Ill. 1993). The motion for reconsideration is denied.

JAMES B. MORAN
Senior Judge, U. S. District Court

Nov. 26, 2002.